

F I L E D

DEC -9 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **IN RE: XE SERVICES ALIEN TORT LITIGATION** | **No. 1:09-cv-615**<br>**No. 1:09-cv-616**<br>**No. 1:09-cv-617**<br>**No. 1:09-cv-618**<br>**No. 1:09-cv-645**<br>**No. 1:09-cv-1017**<br>**No. 1:09-cv-1048**✓<br>**(consolidated for pretrial purposes)**<br>**(TSE/IDD)** |

## ORDER

This matter having come before the Court on the parties' Joint Motion For Enlargement Of Deadlines On Plaintiffs' Rule 60(b) Motions For Relief From Final Judgment, and good cause being shown therefor, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that defendants shall complete all discovery in connection with plaintiffs' Rule 60(b) motions by January 18, 2010; and it is further

**ORDERED** that plaintiffs shall file their supplemental submissions in support of the Rule 60(b) motions by 5:00 p.m. on January 25, 2010; and it is further

**ORDERED** that defendants shall file their supplemental submissions in opposition to the Rule 60(b) motions by 5:00 p.m. on February 1, 2010; and it is further

**ORDERED** that an evidentiary hearing on plaintiffs' Rule 60(b) motions is **SCHEDULED** for _11:00 am, Thursday, Feb 4_, 2010.

The clerk is directed to remove the January 14, 2010 hearing date from the Court's calendar.

Alexandria, Virginia
December _9_, 2009

_/s/_

**T. S. Ellis, III**
**United States District Judge**