

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: XE SERVICES ALIEN TORT LITIGATION ) ) ) ) ) ) ) | No. 1:09cv615 No. 1:09cv616 No. 1:09cv617 No. 1:09cv618 No. 1:09cv645 No. 1:09cv1017 No. 1:09cv1048 |

## ORDER

On January 6, 2010, plaintiffs, by counsel, withdrew their previously filed motions seeking relief from judgment pursuant to Rule 60(b), Fed. R. Civ. P. In an accompanying affidavit, plaintiffs' counsel states that all plaintiffs have knowingly and voluntarily agreed to the terms of the settlement agreement reached between the parties. Accordingly, the parties' stipulation of dismissal pursuant to Rule 41(a)(1), Fed. R. Civ. P., filed November 6, 2009, remains effective.

Accordingly, and for good cause,

It is hereby **ORDERED** that plaintiffs' motions for relief from judgment pursuant to Rule 60(b), Fed. R. Civ. P., are **WITHDRAWN**.

It is further **ORDERED** that these cases are **DISMISSED WITH PREJUDICE**.

The clerk is directed to send a copy of this Order to all counsel of record and to place these matters among the ended causes.

Alexandria, Virginia
January 6, 2010

/s/
T. S. Ellis, III
United States District Judge